# Exhibit 1



TULANE LAW SCHOOL
Laila L. Hlass
Associate Professor of Law

**USCIS FOIA/PA Headquarters Office**                November 5, 2024
Sent via: uscis.foia@uscis.dhs.gov

**RE:    FOIA Request for Data Regarding Special Immigrant Juveniles**

Dear FOIA Officer:

Requester(s)

    Professor Laila L. Hlass and Rachel L. Davidson, Director of the End SIJS backlog coalition, ("requesters") submit this request for information under the Freedom of Information Act (FOIA) 5 U.S.C. § 552 *et seq*. Prof. Hlass is a law professor and researcher in immigration law at Tulane University Law School. Tulane Law School is a graduate program of Tulane University, an elite research university and 501(c)(3) educational institution. Rachel Davidson serves as the Director of the End SIJS Backlog Coalition, a national group of over 150 advocate organizations and young people with Special Immigrant Juvenile Status (SIJS) working together to educate policy makers on the harmful impacts of visa caps on SIJS youth and to advocate for an end to the SIJS backlog. NIPNLG, where the Coalition is housed, is a national 501(c)(3) non-profit organization that provides technical and litigation support to immigrant communities, legal practitioners, and advocates seeking to advance the rights of noncitizens.

Background

    We write with a request for data to further Prof. Hlass and Rachel Davidson's academic research regarding Special Immigrant Juvenile Status (SIJS). Together, Rachel Davidson and Professor Hlass have published many academic articles, policy reports, and news articles on law and policy impacting immigrant youth with Special Immigrant Juvenile Status. This research has also been published in academic journals including the *American University Law Review* and the *Georgetown Law Journal*. More broadly, Prof. Hlass' scholarship focuses on law, policy and practices within the immigration law regime. Her scholarship has been published or is forthcoming in the *California Law Review, Harvard Civil Rights-Civil Liberties Law Review,* and *Harvard Law & Policy Review*. As part of research in several prior SIJS studies, Prof. Hlass obtained datasets from USCIS' Office of Policy including a database of all SIJS applications (approximately 12,000) [1] from the law's inception in 1992 until fiscal year 2012, and then later, another data set involving only 2013 SIJS petitioners [2] (approximately 4,000). [3] Through a 2021

---

[1] Fields included a unique identifier for each case, the date of birth of the applicant, the country of origin, the service center where the form was adjudicated, the state of residence for the applicant, the date of receipt of the application, the final status of the application, the date of the decision, and the fiscal year the form was received.
[2] Fields included a unique identifier for each case, the date of birth of the applicant, the service center where the form was adjudicated, the state of residence for the applicant, the city of residence for the applicant, date of receipt of the application, the final status of the application, the date of the decision, the fiscal year the form was received, the name of the representative and organization, and the country of origin of the applicant.

FOIA request and later settlement Professor Hlass and Rachel Davidson, along with the Door Legal Services, received three productions, including SIJS and SIJS-based LPR databases. A 204,288 SIJS petitioners and 94,140 SIJS-based LPR applicants from FY 2010 to February 28, 2023.

As Director of the End SIJS Backlog Coalition, Rachel Davidson is engaged in education and report writing about the well-being of youth who have been granted Special Immigrant Juvenile Status and are waiting in the visa backlog. The Coalition is a well-respected project that has been engaged in research and advocacy on matters impacting immigrant children and youth since 2021. The Coalition regularly publishes practice advisories for the bar and reports for the bar, Congress, the media and the general public which are disseminated to its members as well as to large public audiences through national listservs and through its website, www.sijsbacklog.com. NIPNLG, where the Coalition is housed, is a national 501(c)(3) non-profit organization that provides technical and litigation support to immigrant communities, legal practitioners, and advocates seeking to advance the rights of noncitizens. NIPNLG provides training to the bar and the bench on immigration matters, and is the author of multiple treatises on immigration law published by Thomson Reuters. In addition, NIPNLG staff present, and regularly publish practice advisories, on immigration law topics, which are disseminated to its members as well as to a large public audience through its website, www.nipnlg.org.

We hope to deepen our understanding within this area of law and study demographic trends over time, building upon past research projects with information regarding recent SIJS applicants. Prof. Hlass and Ms. Davidson plan to write a new report, policy and practice materials, as well as scholarly articles relating to SIJS applicants and those granted SIJS status.

Request for Information
The first search query we ask the Data Analysis and Reporting Branch of the Office of Performance and Quality to pull is for all SIJS applications from fiscal years 2010 through present day, which from past research we believe the query is "Parameters: Form Number = I360; Class Preference = C; DATEIN between 1-OCT-10 AND 5-NOV-24; STATS <> 13," for fiscal years 2010 – 2025. (Although we have listed the date of the filing, we request that that the end date be the date that the information is pulled and provided to us.) We would like this is an excel spreadsheet. The fields we ask for include:

- · ID
- · Fiscal Year of Adjudication
- · Status (and Status Description) of application
- · Status Date
- · Receipt Date
- · Whether RFE and/or NOID was issued
  - o Date of RFE/NOID issued
  - o Basis or description for RFE/NOID
  - o Date of decision on RFE/NOID
- · Date of Last Arrival
- · Office where adjudicated
- · Location Where Processed

---

[3] Laila L. Hlass, *States and Status: A Study of Geographic Disparities for Immigrant Youth*, 46 Col. Hum. Rts. L. Rev. 266 (2014) and Laila L. Hlass, *Minor Protections: Best Practices for Representing Child Migrants*, 47 N.M. L. Rev. 247, 250 (2017).



TULANE LAW SCHOOL
Laila L. Hlass
Associate Professor of Law

- Gender of Beneficiary
- Country of Origin of Beneficiary
- Date of Birth of Beneficiary
- State of Residence of Beneficiary (at time of filing and most current status)
- City of Residence of Beneficiary (at time of filing and most current status)
- Zip code of Beneficiary's Residence (at time of filing and most current status)
- Marital Status of Beneficiary
- Whether they have children and the number of children
- Full Action History for each Petition (and Description of Actions)
- Whether the petitioner is represented
  - If so, Name of the representative
  - Name of the organization representing
  - Whether this was a non-attorney representative or attorney
- Whether the preparer was an attorney/accredited representative or not
- Whether the petitioner is in removal proceedings
- Whether the petitioner is currently under the jurisdiction of the juvenile court that made the placement or custody determination
- The name of the state agency, department, or court-appointed organization or individual/entity to which the juvenile was placed
- Whether the state court findings made the determination based on one or both parents,
- Whether the state court findings were made based on abuse, neglect, abandonment or a similar basis
- Whether the petitioner is currently or was previously in custody of HHS
  - For those who were in HHS custody, whether the juvenile court determined or altered custody status.

The second search query we ask the Data Analysis and Reporting Branch of the Office of Performance and Quality to pull is for all Form I-485's based on SIJS petitions, including the following fields, from fiscal year 2014– 2025. We would like this is an excel spreadsheet:

- ID
- Fiscal Year of Adjudication
- Office where adjudicated
- Location where processed
- Status and Status Description of application (including whether and when it has been administratively closed and re-opened)
- Last Status Update
- Receipt Date
- Whether RFE and/or NOID was issued
  - Date of RFE/NOID issued
  - Basis or description for RFE/NOID
  - Date of decision on RFE/NOID

- Priority Date from Underlying I-360 Petition
- Country of origin
- Date of birth
- Gender
- Whether they are currently or were previously in removal proceedings
  - Whether they were ever issued a final order of exclusion, deportation or removal
  - Whether they ever had an order of exclusion, deportation or removal reinstated
  - Whether they were ever granted voluntary departure but failed to depart within that time
  - Whether they ever applied for any kind of relief from removal, exclusion or deportation
- State of residence (at time of filing and most current status)
- City of residence (at time of filing and most current status)
- Zip code of the Beneficiary's Residence (at time of filing and most current status)
- Occupation (question 13 of Part 3.)
- Ethnicity and Race (questions 1. and 2. of Part 7)
- Highest Degree or Level of School (Question 66 Part 8)
- Full Action History for each application (and description of actions)
- Whether the applicant was interviewed as part of the I-485 adjudication
  - If so, the location of the interview
- Whether the applicant is represented
  - If so, Name of the representative
  - Name of the organization representing
  - Whether this was a non-attorney representative or attorney

### Request for Fee Waiver

Requesters seek a fee waiver under 5 U.S.C. § 552(a)(4)(A)(iii) because the disclosure of the information is "in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." The requesters have no commercial interest and do not stand to gain financially from any of the information requested. The requested information will be used for educational purposes, to prepare scholarly articles and reports, and to further the public understanding of special immigrant juvenile status. Congress intended the FOIA fee waiver provision to encourage "open and accountable government." *Citizens for Responsibility and Ethics in Washington v. U.S. Dep't. of Educ.*, 593 F. Supp. 2d 261, 271 (D.D.C. 2009). Therefore, agencies should "apply the public-interest waiver liberally." *Conklin v. United States*, 654 F. Supp. 1104, 1005 (D. Colo. 1987). Please inform us if the charges for this FOIA production will exceed $25.00.

### Request for Expedited Processing

Because SIJS applications and immigrant youth are a matter which concern current exigency to the American public, the Requesters additionally ask that USCIS grant expedited processing. Under FOIA, a Request should be granted expedited processing if it is urgently needed by an organization primarily engaged in disseminating information to inform the public about actual or alleged Federal Government activity. *See* 5 U.S.C. § 552(a)(6)(E)(v)(II). *See also* 6 C.F.R. § 5.5 (e)(1)(ii). The United States Court of Appeals for the District of Columbia Circuit looks to three factors for determining whether a FOIA request qualifies for expedited processing based on an urgency to inform the public. *See Al-Fayed v. CIA*, 254 F.3d 300, 310 (D.C. Cir. 2001). Namely, the court will examine, "(1) whether the request concerns a matter of current exigency to the American public; (2) whether the consequences of delaying a response would compromise a significant recognized interest; and (3) whether the request concerns federal government activity." *Id.* Additionally, DHS regulations note that "[t]he existence of numerous



TULANE LAW SCHOOL
Laila L. Hlass
Associate Professor of Law

articles published on a given subject can be helpful to establishing the requirement that there be an 'urgency to inform' the public on the topic." 6 C.F.R. § 5.5 (e)(l)(ii). *See also Amer. Civil Liberties Union v. Dept. of Justice*, 321 F. Supp. 2d 24, 29 (D.D.C. 2004) (noting that numerous newspaper articles on the topic requested justify expedited processing of the request).

In this case, there is no doubt that the treatment of SIJS applicants and immigrant youth more broadly are a matter of current exigency to the American public. Specifically, the treatment of special immigrant juveniles, as well as the treatment of immigrant children more broadly, has received extensive media coverage, including, but not limited to, the following:

| 1 | Daniella Silva, *Backlog for abused young immigrants waiting for green cards has doubled, advocates say, NBC News (Dec. 4, 2023).* |
|---|---|
| 2 | Rebecca Santana, *Border Patrol must care for migrant children who wait in camps for processing, a judge says,* PBS News (Apr 4, 2024). |
| 3 | Patricia Ortiz, Children At Risk: Upcoming elections will affect immigrant children and families, Houston Public Media (June 21, 2024). |
| 4 | Linda Qiu, *How a Fox News host's misleading question about migrant children morphed into a Trump talking point,* N.Y. Times (Oct. 11, 2024). |
| 5 | Ted Hesson, Kristina Cooke, and M. B. Pell, *An American education: Classrooms reshaped by record migrant arrivals,* Reuters (Oct. 5, 2024). |
| 6 | Michelle Hackman, *Harris Campaign Gives Microphone to Migrant Kids Separated from Parents,* The Wall Street Journal (Oct. 16, 2024). |
| 7 | Michael Casey and Jocelyn Gecker, US law entitles immigrant children to an education. Some conservatives say that should change, ABC News (Oct. 14, 2024). |
| 8 | Paul Weber and Valerie Gonzalez, *Migrant children suffered 'severe' sexual abuse under housing provider's care, DOJ says, PBS News (July 18, 2024).* |
| 9 | *Grassley Highlights Exploitation and Abuse of Migrant Children During Senate Roundtable (July 9, 2024).* |
| 10 | Rafael Bernal, *Democrats file bill to streamline green cards for at-risk youth, The Hill (June 22, 2024).* |

These articles and policy briefings, which represent only a small subset of the numerous articles published regarding SIJS applicants and immigrant youth, demonstrate that the requested information concerns a matter of exigent urgency, thus satisfying the first prong of the *Al-Fayed* factors.

Additionally, delaying a response to this FOIA request would compromise a significant interest. The information regarding SIJS applicants is significant because Congress is actively

engaged in legislative immigration reform at this very moment, with significant interest in the humanitarian protection of unaccompanied minors and immigrant children. This focus on immigrant children and youth is demonstrated by the recent introduction of a number of relevant bills including the Protect Vulnerable Immigrant Youth Act.  Moreover, the subject of migrant children and youth has played a significant role in the 2024 election and likely to play an important role as part of a new Presidential administration. Data on SIJS is an important aspect of the examination of the functioning of our immigration system and its ability to respond to the needs of vulnerable immigrant children, those already within our borders and those arriving daily. Without this data it is not possible to accurately understand the demographics of children applying for SIJS, nor whether as a country we are prepared to adequately respond to the growing humanitarian needs of immigrant children. Thus, the second *Al-Fayed* factor is clearly met by this Request. Finally, it is unquestionable that the Request meets the third *Al-Fayed* factor because the treatment of SIJS applicants involves federal government activity.

Thank you for your consideration, and we look forward to being in touch. Please do not hesitate to reach out for further information regarding this inquiry. We can be reached at lhlass@tulane.edu or (504) 862-8815.

Sincerely,

Laila L. Hlass

Rachel L. Davidson

1

Backlog for abused young immigrants waiting for green cards has doubled, advocates say



## PRESIDENT
▼

270 TO WIN

Kamala Harris

0

Donald Trump



**FIRST POLLS CLOSE**   **08** HOURS **15** MINUTES


EXCLUSIVE

IMMIGRATION

# Backlog for abused young immigrants waiting for green cards has doubled, advocates say

More than 100,000 foreign-born young people with "special immigrant juvenile" status, a pathway to legal residency, are waiting to obtain green cards, a report found.



— Migrants who crossed the Rio Grande and entered the U.S. from Mexico are lined up for processing by U.S. Customs and Border Protection in Eagle Pass, Texas., on Sept. 23.  Eric Gay / AP file

Dec. 4, 2023, 7:56 AM CST

**By Daniella Silva**

A backlog in cases of abused or abandoned young immigrants seeking green cards has more than doubled in the last two years, according to a new analysis of federal data by advocacy groups that was shared exclusively with NBC News.

More than 100,000 foreign-born young people with "special immigrant juvenile" status, a pathway to legal residency, are waiting to obtain green cards, the End SIJS Backlog Coalition and Tulane Law School's Immigrant Rights Clinic said in the report released Monday. That figure is up from nearly 45,000 in 2021, the organizations said.

By law, immigrants under age 21 who have been "abused, abandoned or neglected by a parent" may be eligible for special immigrant juvenile status. Those who receive the designation are automatically eligible to apply for a green card, or lawful permanent residency.

"Congress created this protection to really improve the lives of vulnerable immigrant children, and it's not really working in the way it was supposed to," said Laila Hlass, co-director of the Immigrant Rights Clinic at Tulane Law and co-author of the report. "In fact, it's often making children's lives more uncertain because of these waiting periods."

As of March 1, more than 107,000 youths from 151 countries "are trapped in a legal limbo, unable to obtain permanent protection even after being granted humanitarian status," according to the report, which is based on data obtained from U.S. Citizenship and Immigration Services through a Freedom of Information Act request and subsequent litigation. The young people in the report have been approved for special immigrant juvenile status but have not been able to access green cards.

"They're going to have to wait an indeterminate number of years, five years or probably more, in order to be able to seek permanency in the form of a green card," Hlass said.

In the meantime, they can't access federal student aid or federal health care programs and fear deportation without the protections of lawful permanent residency, the advocacy groups said.

An immigrant from the country of Georgia who has SIJ status and has been waiting for a green card for a year and a half said he is beginning to lose hope that he will ever become a legal U.S. resident.

"I'm 22 right now and all the plans that I've had, they are put off indefinitely," said the young man, who asked to remain

anonymous out of fear of reprisal in his immigration case.

He came to the U.S. after fleeing a physically violent father and discrimination for being a member of the LGBTQ community. He said he was beaten and hospitalized shortly before coming to the U.S. for participating in a Pride parade.

"I feel like I ran away from so many problems that I had in terms of being accepted for who I was and everything that I had to go through with my family, but here I am introduced to further, bigger problems," he said. "It still is too much."

The immigrant rights groups are calling for immigration authorities to adjudicate cases for immigrants applying for the special status within a 180-day deadline and for Congress to take action they say would help the young immigrants obtain the green cards without the lengthy backlog.

U.S. Citizenship and Immigration Services says on its website that it "generally" adjudicates petitions for SIJ classification within 180 days, but that the time frame "does not apply" to adjudicating a green card based on SIJ status.

"USCIS works hard to issue decisions on properly filed petitions for SIJ classification within 180 days," the agency said in

statement Monday following the release of the report, adding that it has taken "several steps to achieve this goal." They include increasing the number of officers adjudicating petitions, reviewing its workflow process and redistributing some of the national office's workload to field offices.

"USCIS adjudicates each application and petition for immigration benefits fairly, humanely, and efficiently on a case-by-case basis to determine if they meet all standards and eligibility criteria required under applicable laws, regulations, and policies, and the agency remains committed to breaking down barriers in the immigration system, increasing access to eligible immigration benefits and upholding America's promise as a nation of welcome and possibility with fairness, integrity, and respect for all we serve," the agency said.

The immigrant rights groups said in the report that the youths face two bottlenecks, first in having their SIJ petitions approved and then in applying for lawful permanent residence based on their status.

"Over the last five years, the average time for USCIS to approve a SIJS petition was 337 days, approaching double the 180-day legal limit for issuing a decision," the report said.

"More recently, in the 2023 fiscal year, the

average time USCIS has taken to approve a
case is 263 days, which, although an
improvement, is still in violation of the law,"
according to the report.

Even after youtsh are approved for SIJ
status, "they will then have to wait years to
be eligible to seek" lawful permanent
residency, and USCIS "often takes years to
approve" those cases as well, the report
said.

The reason for the backlog, the advocates
say, is a limit on how many green cards
USCIS can award annually under the
program, which has country-specific
quotas. SIJ status falls under the EB-4 visa
for "special immigrants," which also
includes religious workers, current and
former U.S. government employees abroad,
and certain officers and employees of
international organizations.

"These kids are now competing for visas
with other folks who are coming to this
country seeking work-related status, and
that makes no sense for humanitarian
protection to be in that same category,"
Rachel Davidson, director of the End SIJS
Backlog Coalition and co-author of the
report, said.

Since 2016, this disproportionately affected
youths from El Salvador, Guatemala and
Honduras, according to the report. In late

March, the State Department issued a rule changing its interpretation of the visa caps for those Central American countries.

And in 2022, the Biden administration announced new policies intended to make it easier for people with SIJ status to remain in the country and work while their cases are pending.

Advocates say they welcome these changes, but that they do not go far enough, and are calling on Congress to exclude the SIJ status from the visa limits in the employment-based system.

"This issue is completely solvable," Davidson said.

In June, congressional Democrats introduced a bill to "eliminate employment-based visa caps on abused, abandoned, and neglected children eligible for humanitarian status, and for other purposes."

The House version of the bill is sponsored by Reps. Zoe Lofgren and Jimmy Gomez of California as well as Rep. Adriano Espaillat of New York.

"I cannot sit idly by as vulnerable immigrant children are left behind due to an administrative backlog," Gomez said in a statement to NBC News on Friday. "Immigrant children and teens who have

been abandoned, abused, or neglected are disproportionately susceptible to homelessness, wage theft, trafficking, and deportation."

Gomez said the bill would "cut through red tape in the visa backlog to give young at-risk immigrants the opportunity to earn a living wage and start their lives in the United States."

The measure has yet to be taken up by the GOP-led House of Representatives.

---

Daniella Silva

Daniella Silva is a national reporter for NBC News, focusing on immigration and education.

---



# Border Patrol must care for migrant children who wait in camps for processing, a judge says

**Politics**    Apr 4, 2024 1:55 PM EST

WASHINGTON (AP) — Migrant children who wait in makeshift camps along the U.S.-Mexico border for the Border Patrol to process them are in the agency's custody and are subject to a long-standing court-supervised agreement that set standards for their treatment, a judge ruled.

The issue of when the children are officially in Border Patrol custody is particularly important because of the 1997 court settlement on how migrant children in U.S. government custody must be treated. Those standards include a time limit on how long the children can be held and services such as toilets, sinks and temperature controls.

Wednesday's ruling means the Department of Homeland Security must quickly process the children and place them in facilities that are "safe and sanitary."

**WATCH: A look inside the journey asylum seekers make through Mexico to reach U.S. border**

The border camps have become a flashpoint between immigrant advocates and the federal government. The U.S. has said smugglers send migrants to the camps and argued that the children are not yet in Border Patrol custody because they haven't been arrested. Advocates say the U.S. government **has a responsibility for the children** and that Border Patrol often directs migrants to the camps, sometimes even driving them there.

Children traveling alone must be turned over within 72 hours to the U.S. Health and Human Services Department. That agency generally releases them to family in the United States while an immigration judge considers asylum. Asylum-seeking families are typically released in the U.S. while their cases wind through courts.

"This is a tremendous victory for children at open air detention sites, but it remains a tragedy that a court had to direct the government to do what basic human decency and the law clearly require," Neha Desai, senior director of immigration at the National Center for Youth Law, said in a statement. "We expect CBP to comply with the court's order swiftly, and we remain committed to holding CBP accountable for meeting the most rudimentary needs of children in their legal custody, including food, shelter, and basic medical care."

The Department of Homeland Security did not immediately respond to a request for comment.

Border Patrol must care for migrant children who wait in camps for processing, a judge says | PBS News

U.S. District Judge Dolly Gee's decision could have far-reaching implications because of the changing face of who is coming to the United States. Decades ago, the typical person attempting to enter the U.S. was an adult male from Mexico seeking work. Now, families with children are increasingly making **perilous journeys to the border** seeking a new life. Caring for children puts different stresses on federal agencies more historically more geared toward adults.

**WATCH: Thousands of unaccompanied children make a dangerous trek to the U.S. southern border**

The legal challenge focuses on two areas in California: one between two border fences in San Diego and another in a remote mountainous region east of San Diego. Migrants who cross the border illegally wait under open skies or sometimes in tents or structures made of tree branches while short on food and water. When the number of migrants was particularly high last year, they waited for several days for Border Patrol agents to arrest and process them.

Gee said there was "significant evidence" that Customs and Border Protection, of which Border Patrol is a part, has physical control over minors at the outdoor locations. For example, CBP vehicles occasionally transport or drop off migrants to the camps and for a time, gave out wristbands to organize migrants by when they had arrived.

The Justice Department said during a March 29 hearing that any agent who sends, or even escorts, migrants to the camps is "no different than any law enforcement officer directing heightened traffic to avoid disorder and disarray."

The judge ruled that the Customs and Border Protection's juvenile coordinator must maintain records on minors held in the agency's custody for more than 72 hours and that includes any time the minors spend in the camps. The agency must make sure that the treatment of minors at open-air sites complies with the 1997 agreement, Gee wrote.

Gee set a May 10 deadline for the juvenile coordinator to file an interim report about the number of minors held in open-air sites and how the agency was complying with the judge's order.

*By* — **Rebecca Santana, Associated Press**

**DEVELOPING STORY**     Live updates: Harris County voters take to the polls for Election Day
(https://www.houstonpublicmedia.org/articles/news/politics/election-2024/2024/11/05/505025/live-updates-harris-county-voters-to-take-to-the-polls-for-election-day/)

**Houston Matters is on the air now! (/listen-live/)** Join the conversation:
Email **talk@houstonmatters.org (mailto:talk@houstonmatters.org) | Listen Live (/listen-live/)**



HEALTH WITHOUT BOUNDARIES     UTHealth Houston
School of Public Health

HOUSTON PUBLIC MEDIA
A SERVICE OF THE UNIVERSITY OF HOUSTON

ormation
/edu)
& Podcasts

MENU

About

Listen     Watch     f (https:/ X @ (http (https://mastodon.social/

A few simple steps
today will give you
peace of mind
tomorrow

**Request your FREE
Personal Estate Planning Guide here**

(/support/estate-planning/)

Give Today

(https://houstonpublicmedia.careasy.org/home)

IMMIGRATION

# Children At Risk: Upcoming elections will affect immigrant children and families

Some families have already been affected by different policies in recent years, advocates said at the Children at Risk Immigration Su

**Patricia Ortiz (Https://Www.houstonpublicmedia.org/Articles/Author/Patricia-Ortiz/)** | June 21, 2024, 8:58 AM

Children At Risk: Upcoming elections will affect immigrant children and families – Houston Public Media    11/5/24, 9:45 AM

Case 1:25-cv-00602    Document 1-1    Filed 02/28/25    Page 22 of 75



Laura Isensee/Houston

FILE: Students at Alief Independent School District in 2019 in a bilingual education program.

Only 7.6% of children living in Harris County fall under the category of "foreign-born" as of 2022, according to Children At Risk.

The U.S. Census Bureau (https://www.census.gov/topics/population/foreign-born.html#:~:text=The%20foreign%2Dborn%20population%20includes,Read%20More.) usually uses the term "foreign-born" for anyone who is not a U at birth, including those who become citizens through naturalization. Children at Risk (https://childrenatrisk.org/guih2023/) a Houston-based non-profi their online immigration summit where advocates and legal experts discussed how to support immigrant children and families.

When discussing immigrant children, the organization usually refers to first- and second-generation immigrant households. They say this includes mixe households, those with temporary protected status, and undocumented children. The organization says as of the same year, 26% of U.S. children from zero to 17 are children of immigrants.

Christine Thomas is the Senior Associate Director for the Center of Social Measurement and Evaluation with Children at Risk. She said many of these fa could be affected as immigration comes up more often during election season.

"Immigration is a children's issue, and we need immigration, education, health, and other intersecting policies that reflect the needs of children and far she said.

The organization says 5.2 million children, most of them U.S. citizens, have at least one parent who is undocumented. About 728,000 children are undc themselves.

Linda Corchado is the Senior Director of Immigration at the organization. She said some of these families have already been affected after Governor Al bussed more than 100,000 migrants (https://www.texastribune.org/2024/02/21/texas-migrants-busing-cost-greg-abbott/) to other cities across the U.S.

"Under situations where they will likely face homelessness, poverty, hunger, and fear," she said. "What began as a Texas political statement on border turned into politics that are endangering and [destabilizing] the lives of children."

Abbott started Operation Lone Star (https://gov.texas.gov/operationlonestar) shortly after the Biden administration announced Title 42 would end. Titl temporary public health order (https://www.houstonpublicmedia.org/articles/shows/houston-matters/2023/05/11/451462/title-42-is-ending-today-hou services-for-immigrants-prepare-for-whats-next/) that allowed authorities to expel migrants at the U.S-Mexico border.

In Texas, the organization estimates there are 111,000 undocumented students in grades K-12. Ignacia Rodriguez Kmec is a Senior Immigration Policy for the National Immigration Law Center. She said some of these students have already been affected by immigration policies after an order from a Te

In 2022, new DACA applications were halted after Judge Andrew Hanen deemed the program unlawful. He later ruled in 2023 (https://www.houstonpublicmedia.org/articles/news/politics/immigration/2023/09/14/462455/federal-court-rules-revised-daca-program-also-illegal-ma question-whats-next-for-dreamers/) that the Biden administration's updates to the program were also illegal. Rodriguez Kmec said this has left many r in limbo. However, she added the Biden administration and DACA recipients are urging the Fifth Circuit Court of Appeals to overturn (https://bizlegalservices.com/2024/05/30/5th-circuit-urged-to-reverse-daca-ruling/) the ruling.

"It's unclear what could happen. ... Ultimately, we hope that between now and then there's some kind of relief available, whether administratively provi through Congress that will help these individuals. But that is largely determinative of what happens in November," she said.

Most recently, President Biden announced a new executive order (https://www.npr.org/2024/06/19/nx-s1-5009971/does-bidens-plan-to-protect-million deportation-square-with-border-tightening) to protect undocumented spouses of U.S. citizens from deportation and to provide an easier path to legal This comes after the administration was sued by the ACLU (https://www.houstonpublicmedia.org/articles/news/border/2024/06/13/490565/aclu-sues-l administration-over-new-executive-action-on-the-southern-border/) over a previous executive action to block migrants from seeking asylum at the sou border.

Border (Https://Www.houstonpublicmedia.org/Topics/News/Border/)    Elections (Https://Www.houstonpublicmedia.org/Topics/News/Politics/Elections/)

Immigration (Https://Www.houstonpublicmedia.org/Topics/News/Politics/Immigration/)    News (Https://Www.houstonpublicmedia.org/Topics/News/)

Politics (Https://Www.houstonpublicmedia.org/Topics/News/Politics/)    Children At Risk (Https://Www.houstonpublicmedia.org/Tag/Children-At-Risk/)

Daca (Https://Www.houstonpublicmedia.org/Tag/Daca/)    Immigration (Https://Www.houstonpublicmedia.org/Tag/Immigration/)

Migrant Children (Https://Www.houstonpublicmedia.org/Tag/Migrant-Children/)

**Support Comes From**

**RELATED**

Welcome
the
stranger?
How
religion has  (https://www.houstonpublicmedia.org/articles/news/politics/2024/10/07/501670/welcome-the-stranger-how-religion-
influenced    has-influenced-the-immigration-debate-in-texas/)
the
immigration
debate in
Texas

Voter
fraud
data from
group

ANATOMY OF A DISTORTION

# How a Fox News host's misleading question about migrant children morphed into a Trump talking point





**By Linda Qiu**   Oct. 11, 2024

Former President Donald J. Trump and his surrogates have repeatedly accused the Biden administration of losing tens of thousands of migrant children, distorting, conflating and inflating government statistics.

The misleading claim, now a staple of Mr. Trump's stump speeches, appears to have originated from Fox News and snowballed. Its evolution shows Mr. Trump's penchant for exaggeration as well as his symbiotic relationship with the network.

**JUNE 2, 2024**

Mr. Trump is interviewed on Fox News.



Fox News

When the Fox News host Rachel Campos-Duffy told Mr. Trump that the Biden administration had "lost" 80,000 children, Mr. Trump expressed surprise at her ensuing question.

"Will you commit to finding those children?" she asked.

"I haven't been asked that question, but the answer is yes. It's a simple answer," Mr. Trump responded, adding: "Many of them are dead. They have done such a bad job."

Ms. Campos-Duffy's claim referred to migrant children who arrive at the border unaccompanied by adults. Under government protocols, the children, once apprehended by border officials, are placed in the care of the Health and Human Services Department's refugee resettlement office. The office then releases the children to sponsors, sometimes family members, who undergo a background check. The New York Times reported last year that the office, which checks on the children via phone calls, was unable to reach 85,000 children, or about a third of cases, in 2021 and 2022. The Times did not report that the children were "lost," but that they were more susceptible to exploitative and illegal working conditions.

After this article published, Fox News said that the use of the word "lost" was "an issue of semantics and not a factual inaccuracy."

**JUNE 6, 2024**

Days later, Mr. Trump invokes the
figure at a town hall in Phoenix.

Railing against President Biden's border policies, Mr. Trump
added once again that many children were now "dead" and "if
it were me, it would be the biggest story."

In fact, when Mr. Trump was in office, his administration also
tried to contact — and was also unable to reach — thousands
of migrant children who had left the refugee office's care. And
there is no evidence that thousands of the children died under
either Mr. Biden or Mr. Trump.

Under Mr. Trump, the Health and Human Services
Department could not reach 19 percent of migrant children
(about 1,500) who were placed with sponsors from October to
December 2017, or 11.6 percent of children or their sponsors
(about 9,200 calls) from August 2018 to December 2020. In
comparison, a Biden administration official testified to
Congress that 19 percent of the refugee office's calls to the
children or their sponsors went unanswered.

When Democrats accused the Trump administration of
"losing" unaccompanied children, the health department said
in 2018 that those claims were "completely false" and that
sponsors "simply did not respond or could not be reached
when this voluntary call was made."

At the time, a Trump administration official said that there were various reasons sponsors or children might not pick up the phone. They may be hesitant to answer calls from unknown government agents, especially if they have unauthorized status or a fear of traffickers. Sponsors may also simply have different telephone numbers.

**JUNE 7, 2024**

Mr. Trump repeats the figure in an interview with Dr. Phil.

"We have 88,000 missing children. Now, can you imagine if that were Trump that had 88,000 missing children? 88,000. That's a holocaust."

**JULY 9, 2024**

Mr. Trump doubles the number at a rally in Doral, Fla.

"The Biden-Harris administration has lost track of an estimated 150,000 children, many of whom have undoubtedly been raped, trafficked, killed or horribly abused."

Mr. Trump appeared to extrapolate this figure from government data showing that nearly 400,000 children had been placed with sponsors over the past four years. Assuming that the office was still unable to reach a third of them, that is equivalent to about 133,000 children.

**AUG. 22, 2024**

A month later, Mr. Trump distorts a new government report to inflate the number to 300,000 migrant children.

How a Question About Migrant Children Morphed Into a Trump Talking Point - The New York Times                    11/5/24, 9:46 AM



Donald J. Trump via YouTube

A report from the Department of Homeland Security's inspector general provided Mr. Trump with new fodder. The report, released in mid-August, noted that out of some 448,000 unaccompanied migrant children placed into the custody of the refugee office from the 2019 to the 2023 fiscal years, about 32,000 children had failed to appear for their immigration hearings. Another 291,000 did not receive "notices to appear" in immigration court at all.

Again, these children were not "lost," though the report chided immigration officials by noting that without an ability to monitor the location of the children, they were more susceptible to "trafficking, exploitation or forced labor." Moreover, about half of that period — the 2019 and 2020 fiscal years, and part of the 2021 fiscal year — was during the Trump administration.

⋮

**AUG. 23, 2024**

Mr. Trump campaigns in
Glendale, Ariz.

"According to a new
D.H.S. report, Kamala
Harris also lost, and this is
impossible to believe,
listen to this, 325,000
migrant children are gone.
They're missing. She
allowed them to be
trafficked into our
country."

**AUG. 30, 2024**

Mr. Trump speaks in
Johnstown, Pa.

How a Question About Migrant Children Morphed Into a Trump Talking Point - The New York Times                    11/5/24, 9:46 AM



Donald J. Trump via YouTube

By now, the claim, updated with the inflated figure, has become a common refrain for Mr. Trump.

**SEPT. 13, 2024**

Mr. Trump addresses a news conference in Ranchos Palos Verdes, Calif.

"Under this administration, 325,000 migrant children are missing, 325,000. In other words, take your biggest stadium in California and

you could fill it up five or
six times. Those are all
missing children."

**SEPT. 29, 2024**

Mr. Trump appears at
a rally in Erie, Pa.

"This is not even possible
to believe. 325,000
migrant children are
missing, many of whom
have been trafficked and
raped. As California
attorney general, she lost
them all."

**OCT. 1, 2024**

Senator JD Vance repeats the number
at the vice-presidential debate, but
adds caveats.



CBS News

Mr. Vance, Mr. Trump's vice-presidential pick, advances the talking point on the national stage, though he uses more tempered language in claiming that the children have been "effectively lost." He does not repeat Mr. Trump's contention that "many" have died.

**OCT. 6, 2024**

Mr. Trump, addressing supporters at a rally in Juneau, Wis., reverts to shorthand to refer to the number.

"She doesn't mention how bad inflation was, how bad the 325,000 children that

we just mention."

Mr. Trump abbreviates the misleading claim into a simple two-word phrase: "325,000 children." Like other phrases — "laptop from hell" or "$85 billion in equipment" — the shorthand suggests that his audience is now familiar with his distortions after months of repetition.

Produced by Rebecca Lieberman and Marisa Schwartz Taylor. Video production by Chevaz Clarke-Williams.

# An American education: Classrooms reshaped by record migrant arrivals

By **Ted Hesson, Kristina Cooke** and **M.B. Pell**

October 5, 2024 5:00 AM CDT · Updated a month ago





A 6-year-old girl who arrived from Haiti in July 2023, and is now in first grade, heads to the public elementary school in Charleroi, Pennsylvania. REUTERS/Carlos Barria

CHARLEROI, Pennsylvania - Dana Smith had been teaching first grade at the public school in the small Pennsylvania town of Charleroi for more than 16 years when she found herself confronting a new challenge last year: a sharp rise in students from Haiti who did not speak English.

She started using a phone app to translate lessons, but the constant pauses for translation frustrated her. She wondered if she was hindering the learning of American students who knew some of the basics she was reviewing, a complaint raised by a vocal segment of parents in the district.

"It was very stressful," she said. "We never know when we're going to get new ones coming in, where their levels are, how adjusted they are to this culture. The unexpected."

More than half a million school-age migrant children have arrived in the U.S. since 2022, according to immigration court records collected by Syracuse University, exacerbating overcrowding in some classrooms; compounding teacher and budget shortfalls; forcing teachers to grapple with language barriers and inflaming social tensions in places unaccustomed to educating immigrant students.

Advertisement · Scroll to continue

Exclusive news, data and analytics for financial market professionals    LSEG

Reuters    World ⌄    US Election    Business ⌄    Markets ⌄    Sustainability ⌄    My News    🔍    Sign In    Subscribe

Legal ⌄    More ⌄



Immigrant students attend first-grade at the public elementary school in Charleroi  REUTERS/Carlos Barria

The responses spanned school districts across 23 states, from Texas to Alaska, and include the largest urban district of New York City as well as the tiny and rural Hot Springs Elementary School District in southern California, with just 16 pupils.

Forty-two districts said they had hired more English as a Second Language (ESL) teachers and consultants. Fifteen districts described difficulties communicating with parents or a lack of interpreter services.

"Textbooks are not in their language. Resources are not easily available. Google Translate does not work that great," the Springfield City school district in Ohio said in its response to the survey conducted between late August and late September.

Advertisement · Scroll to continue

Republican candidate Donald Trump has made immigration a top talking point in the Nov. 5 presidential election, blaming his Democratic opponent, Vice President Kamala Harris, for record numbers of migrants illegally crossing the U.S.-Mexico border during President Joe Biden's administration. Trump also faults Harris for a Biden program launched in late 2022 that allowed legal entry to 530,000 Haitians and others with U.S. sponsors.

At a rally in Arizona last month, Trump used Charleroi, a town an hour south of Pittsburgh, as an example of the negative impacts of immigration. About 2,000 immigrants, including about 700 Haitians, live in the town, with many arriving in the last few years, according to Charleroi Borough Manager Joe Manning, swelling a population that declined from over 11,000 a century ago to 4,200 in the 2020 census.



Flames rise from a chimney at an industrial park near Charleroi. REUTERS/Carlos Barria

"Charleroi, what a beautiful name, but it's not so beautiful now," Trump told supporters. "The schools are scrambling to hire translators for the influx of students who don't speak, not a word of English, costing local taxpayers hundreds of thousands of dollars."

Washington County, where Charleroi is located, backed Trump over Biden in 2020 by 23 percentage points, symbolizing a part of the rural vote that could help Trump win Pennsylvania, the most important of the election battleground states that could decide control of the White House.

Advertisement · Scroll to continue

The vast majority of Haitians arriving in the U.S. since 2023 entered legally or are eligible to remain and seek work permits through the Temporary Protected Status program.

While Trump has derided a wide range of immigrant groups throughout his political career, he has taken particular aim at Haitians, questioning while president in 2018 why the U.S. would accept Haitians and immigrants from 'shithole countries' in Africa.

An immigrant walks along a street in Charleroi's town center. Washington County, where Charleroi is located, backed Donald Trump over Joe Biden in 2020 by 23 percentage points, symbolizing the Republicans' strength in rural areas. REUTERS/Carlos Barria

Amy Nelson, an assistant principal in the Charleroi school district, holds a mobile phone showing a flier posted at a local social media account which reads "Foreigners & Haitians Out. There is no place in America for this filth!" REUTERS/Carlos Barria

He thrust immigration to the forefront of a Sept. 10 debate with Harris when he repeated a false rumor that Haitian immigrants were eating pets in Springfield, Ohio. Public schools and other city buildings in Springfield received bomb threats after the debate.

Amy Nelson, an assistant principal in the Charleroi school district, said the school has not received direct threats but she is concerned about anti-Haitian posts in a local Facebook group, including a re-post of a purported Ku Klux Klan group describing Haitians in Springfield in derogatory terms and calling on Americans to "stand against forced immigration."

In response to a Reuters request for comment about the effects of migration on schools, a campaign spokesperson pointed to Trump remarks at a Sept. 23 rally in Pennsylvania.

Advertisement · Scroll to continue

"It takes centuries to build the unique character of each state," Trump said at the time. "Reckless migration policy can change it very quickly."

The Harris campaign touted $130 billion directed to schools under Biden's 2021 economic stimulus package. Harris "will build on those investments and continue fighting until every student has the support and the resources they need to thrive," Harris campaign spokesperson Mia Ehrenberg said in a statement to Reuters.

## "More important than how we have been impacted, is how our migrant students are impacted by our lack of resources to meet their needs."

Response from the Appleton Area School District in Wisconsin to Reuters' survey

White House spokesperson Angelo Fernandez Hernandez said the Biden administration has increased funding to address teacher shortages and requested $50 million in new funding to support English language learning.

In the Reuters survey, 17 districts said they requested additional state funds to help immigrant students. Twelve of these districts reported receiving additional funds - including a district in New Jersey that said it still wasn't enough to hire an ESL supervisor.

Ten districts said their teachers were not well trained or received no training to meet the needs of new immigrant students, and 42 said they would welcome more training for teachers and administrators. The training requests included how to teach kids who don't speak English, how to approach different cultural norms and how to help kids recover from trauma.

"Anytime you have an unpredictable pattern of student enrollment all at once, the strain it creates on the system is tremendous," Denver Public Schools Superintendent Alex Marrero wrote in his response. Denver has seen a huge increase in migrant arrivals since 2023, in large part due to the state of Texas busing 19,200 people from the U.S.-Mexico border to the Democratic-run city.

In addition to the language barriers and differences in educational backgrounds, the jump in arrivals "required our system to stand up processes across the city to not only communicate with families but also support them in getting their basic needs met in order to have students coming

to school ready to learn," Marrero wrote.

Still, 11 respondents said - unprompted - that the newcomers had enriched the school community, bringing new perspectives and resilience that other children could learn from.

## SIGNS OF STRAIN

On a rainy Wednesday morning at Charleroi High School, students shuffled between classes in small groups. "Hello, my Haitian friends," one American student said as he passed Haitian girls walking in the opposite direction.

Julnise Telorge, an 18-year-old from Haiti in her final year of high school, said she feels safe in Charleroi - despite the time last school year when a white student bumped into her in the hallway and made a derogatory comment.

Telorge said the comment upset her and that she did not know why someone would say that. "I think because she doesn't like Blacks," she said.

School district officials said they were unaware of the incident.

The number of non-English speaking students in the 1,450-student Charleroi Area School District shot up to 220 currently from just 12 in the 2021-2022 school year, according to the district administrators. About 80% percent of those students are of Haitian descent, Superintendent Ed Zelich said.

Like many of the Haitians arriving in Charleroi, the Telorge family were attracted by job openings at Fourth Street Foods, a plant packaging frozen breakfast foods located on a hill just below the school complex. Telorge's father, Julis, works at the plant where he earns $15 an hour, he said. He is applying for asylum.

Julnise Telorge, an 18-year-old immigrant from Haiti in her final year of high school, looks at her phone in a classroom in Charleroi. REUTERS/Carlos Barria

Julis Telorge, a Haitian asylum-seeker who works at a plant packaging frozen breakfast foods in Charleroi, stands on the porch of the house he and his family share with several others REUTERS/Carlos Barria

About a third of the plant's 1,000 workers are Haitian, according to its owner Dave Barbe, who said that there are not enough Americans in the area to do the work.

The school district has hired five new staff members, including three teachers specializing in English for non-native speakers, as well as a part-time interpreter, Zelich, the superintendent, said.

He estimated the cost at $400,000 a year, a fraction of the district's $30.7 million budget, but a cost the district has covered while it waits for possible reimbursement by the state.

And there are additional costs.

After parents of 37 children pulled their kids out of the school district this year to send them to

the local charter school, the district was legally required to pay an additional $500,000 for transportation and the higher charter school tuition, Zelich said.

Beth Pellegrini, who attended Charleroi public schools herself as a child and served on the Parent Teacher Association, said she decided this year to send her three children to the charter school in part because teachers were too busy trying to communicate with non-English speaking students to give them enough attention.

Her 7-year-old daughter was struggling with math while her sons, who are older, have attention-deficit/hyperactivity disorder.

"My kids were all falling behind," Pellegrini said. "It wasn't just the immigrants, but it felt like the teachers didn't have the time to dedicate to them."

Joseph Gudac, the Charleroi school district business manager, said he expected the local school tax there would need to increase if the number of non-English speaking students keeps rising.

## MAKING PROGRESS

The new dynamic in some American classrooms has challenged teachers to adapt, but it hasn't been without strains.

In the United States, all children, regardless of their immigration status, have a right to a free public education. But the federal government pays for only a small fraction of newcomer educational services.

## "The teacher shortage is bad enough, but the shortage of bilingual teachers is exceptionally difficult."

Response from the Cleveland Independent School District in Texas to Reuters' survey

Smith, the Charleroi first grade teacher, workshopped ideas with her colleagues on how to cope. She paired Haitian students with more advanced English skills with beginners, she said. She used more physical cues, pointing to get students to sit in their seats. She incorporated repetition into her lessons, particularly around language.

Yet when the school offered to pay for teacher training, Smith did not want to take on another work assignment on top of her day job.

"That's just one more thing that I have on my plate that I would rather not have," she said, noting that she planned to retire in a few years. "They should be wanting to learn our language, learn our culture."

Despite the challenges, Smith said the situation has improved. While she has six English language learners out of 17 students in her classroom this year, they all attended kindergarten at the school and have a good working knowledge of the language.

Charleroi assistant principal Amy Nelson is in the process of adopting a young Haitian girl in Dana Smith's class, who went from speaking no English when she entered school last year to receiving an award for academic excellence, according to Nelson. REUTERS/Carlos Barria

During a class last month, she started the day with basics: roll call, sharpening pencils, reviewing the days of the week, and the Pledge of Allegiance to the American flag in the back corner of her colorful classroom.

The students followed the lesson and responded to cues.

"They have already had a year under their belt," she said. "So I can see that their progression has made a big difference."

One Haitian girl in Smith's class went from speaking no English when she entered school last year to receiving an award for academic excellence, according to Nelson, the assistant principal. The girl's mother died of breast cancer last year and Nelson and her husband are trying to adopt her.

"She is so resilient," Nelson said.

## HOPES FOR THE FUTURE

When Haitian students at Charleroi's high school need to talk to a teacher, they often go to Bridget DeFazio.

DeFazio, 40, started teaching French at the school in 2008. Her language skills suddenly became more sought after as dozens of Haitians, many of whom understood or spoke French, enrolled in the middle school and high school.

Teacher Bridget DeFazio chats with Telorge during an ESL class at the high school in Charleroi. REUTERS/Carlos Barria

DeFazio and another teacher paid out of pocket for an ESL certification last year and she now teaches ESL classes in addition to French.

"Yeah, it has been challenging, but for me, a good challenge," she said. "I mean, I've been here 17 years, so it was almost like a breath of fresh air for me, something new that I can try."

When students walked into her ESL class last week, she greeted them in Haitian Creole.

The 10 students in her class took notes and answered questions as she ran through adjectives - smart, dumb, funny, happy, sad, shy - in a booming voice that filled the room.

"I've never seen kids more eager to learn," DeFazio said. "At the end of the day, they are teenagers. They're going to get into trouble, they're going to be late for class, they're going to test the limits. But when I pull them aside and talk to them, it's, 'OK, madame, we get it.'"

LIVE UPDATES | CONCLUDED

‹ Election 2024 News, Oct. 16, 2024: Trump at Mar-a-Lago, Harris on Fox

Last Updated: Oct 17, 2024 at 1:39 AM EDT
19 days ago ⭐

## Harris Campaign Gives Microphone to Migrant Kids Separated From Parents

By *Michelle Hackman*



Migrant children spoke Wednesday at a Democratic campaign event in Florida (Marta Lavandier/Associated Press)

Democratic presidential candidate Kamala Harris's campaign organized a press conference featuring several children separated from their parents at the border under Donald Trump's brief family-separations policy in 2018.

The event was a new front for the Harris campaign, which has mostly avoided talking about immigration, the issue on which voters give Trump the biggest edge over her. But as Harris goes more negative on Trump, she is betting that reminding

voters of his single most unpopular immigration policy could neutralize some of that disadvantage. Trump started the program as a deterrent to slow the arrival of migrants seeking asylum, but quickly ended it after global condemnation.

For the children featured, this was the most public setting in which they've ever told their stories, a campaign official said.

A girl named Adriana said she was six years old when she crossed the border with her mother and was told by border agents they were going to be separated.

"I started crying, me and my mom started crying, because we thought we were never going to see each other again," Adriana said at the press conference, standing on a box to reach the microphone. "And then they took her away from me."

Adriana said she was brought to foster care and then to live with her father, who was already in the U.S. when she arrived. But her father was deported back to Honduras two months later, leaving Adriana behind with an aunt.

It took three years for Adriana to be reunited with both parents. They were brought back to the U.S. under a reunification program started by the Biden administration.

↗ Share

Back to Live Updates

ADVERTISEMENT

US law entitles immigrant children to an education. Some conservatives say that should change | ABC27

Case 1:25-cv-00602    Document 1-1    Filed 02/28/25    Page 54 of 75

11/5/24, 9:47 AM

POLITICS

# US law entitles immigrant children to an education. Some conservatives say that should change



Supports react as Republican president al nomi iee former President Donald Trump speaks at a campa gn rall at the F n llay To ota Arena Sunday, Oct. 13, 2024, in Prescott Valley

Read More

by: MICHAEL CASEY and JOCELYN GECKER, Associated Press
Posted: Oct 15, 2024 / 12:15 AM EDT
Updated: Oct 15, 2024 / 12:15 AM EDT

**SHARE**    

BOSTON (AP) — At a sparsely attended meeting last year, the Saugus Public School Committee approved a new admissions policy, it said, to streamline the process of enrolling students.

Local News ▾    Election 2024 ▾    abc27 Weather ▾     Search

district outside Boston.

Case 1:25-cv-00602    Document 1-1    Filed 02/28/25    Page 55 of 75

US law entitles immigrant children to an education. Some conservatives say that should change | ABC27                    11/5/24, 9:47 AM

The debate over welcoming immigrant children into America's schools extends far beyond the Boston suburbs. Advocates fear it could figure more prominently into a national agenda if Donald Trump wins a second term in the White House.

ADVERTISEMENT



Conservative politicians in states such as Oklahoma, Texas and Tennessee are questioning whether immigrants without legal residency should have the right to a public education, raising the possibility of challenges to another landmark U.S. Supreme Court decision.

For decades, children of families living in the country illegally have had the right to attend public school based on a 1982 Supreme Court decision known as Plyler v. Doe. In a 5-4 vote, justices held it is unconstitutional to deny children an education based on their immigration status.

The new Saugus policy requires new students to share immigration records and says children must be "legal residents whose actual residence is in Saugus," where the share of students who are learning English has nearly tripled to 31% over the last decade. Families must also complete a town census, sign a residency statement and provide occupancy and identity documents.

ADVERTISEMENT

Civil rights attorneys say the requirements are onerous and violate federal law by disproportionately harming students from immigrant families, who may lack many of the required documents, regardless of whether they're living in the country legally.

The chairman of the Saugus school committee, Vincent Serino, said during the meeting the policy is "tightening up" of existing residency rules and is not intended to keep out immigrants.

But a Nicaraguan woman said it took six months for her to enroll her 8-year-old child because of the document requirements. The woman, who spoke on condition of anonymity out of fear her child would face retaliation, said the town wouldn't accept her lease and her complaints to the school were rebuffed.

Growing attempts to undermine Plyler v. Doe should be taken seriously, immigration experts say, pointing to the conservative-dominated Supreme Court's readiness to overturn longstanding legal precedent, notably on abortion rights and affirmative action in higher education.

ADVERTISEMENT

Trump, a Republican, has made immigration a central part of his 2024 campaign, vowing to stage the largest deportation operation in U.S. history if elected. He refers to immigrants as "animals" and "killers" and has spoken of immigrant children bringing disease into classrooms. A photo displayed at a recent Trump rally showed a crowded classroom with the words "Open border = packed classrooms."

There is no disputing immigrant populations have strained schools in many communities, contributing to crowded classrooms and forcing teachers to adapt to large numbers of Spanish-speaking students.

But until recently, the idea of denying children an education would have been considered "too far to the right and too far fringe," said Tom K. Wong, director of the U.S. immigration Policy Center at the University of California, San Diego. "But now we are seeing a political climate where previously fringe policies are becoming mainstream."

Earlier this year, the conservative Heritage Foundation urged states to pass legislation requiring public schools to charge tuition to families living in the country illegally. Doing so, it said in a policy brief, would provoke a lawsuit that likely would "lead the Supreme Court to reconsider its ill-considered Plyler v. Doe decision."

ADVERTISEMENT

Over the summer, Oklahoma's education superintendent, Ryan Walters, announced his agency would be issuing guidance to districts about gathering information on the "costs and burden" of illegal immigration to school districts.

"The federal government has failed to secure our borders. Our schools are suffering over this," Walters said.

Several school districts have pushed back, saying they will not check students' immigration status.

"Federal law is quite clear on this topic, as it prohibits districts from asking students or their families about their immigration status or to request documentation of their citizenship," said Chris Payne, a spokesperson for Union Public Schools in Tulsa, outlining a common interpretation of the Supreme Court ruling.

ADVERTISEMENT

In Tennessee, a proposal for universal school vouchers by Gov. Bill Lee, a Republican, led to debate over whether immigrant students should be excluded. The idea appealed to many of the Legislature's conservative members, but some worried the exclusion would spark legal challenges. Ultimately, Lee abandoned his voucher proposal after several aspects of the plan failed to gain support.

The Saugus school committee in Massachusetts approved its admissions policy at a committee meeting in August 2023, two days after Gov. Maura Healey, a Democrat, declared a state of emergency over the state's migrant crisis. At the time, Healey said nearly 5,600 families — many of them immigrants from Haiti and Venezuela — were living in state shelters, up from about 3,100 families the year before.

Serino, the school committee chairman, said the group began considering updating its residency policy more than a year before migrants became an issue in the state. He said the policy requires documents like a signed landlord affidavit or property tax bill, "simple stuff that everyone has."

"We haven't hurt anyone and no one has come to us — no migrant, no parent has come to us to complain about the policy," Serino said.

ADVERTISEMENT

Local legal advocates say the policy has been a hurdle for at least two immigrant families trying to enroll in Saugus schools. Lawyers For Civil Rights and the group Massachusetts Advocates for Children said it took their intervention to get the students into the school.

"The policy itself is illegal," said Oren Sellstrom, litigation director for Lawyers for Civil Rights.

US law entitles immigrant children to an education. Some conservatives say that should change | ABC27

Case 1:25-cv-00602    Document 1-1    Filed 02/28/25    Page 60 of 75

11/5/24, 9:47 AM

"Schools should be welcoming (all) children who are in the district and educating them."

In Texas, Republican Gov. Greg Abbott said in 2022 that Plyler v. Doe should be challenged and the federal government should pay for the public education of students who are not legal residents. He drew backlash from immigrant advocates and the White House. The following year, Republican lawmakers in Texas introduced several unsuccessful bills aimed at limiting non-citizen children from enrolling in public schools.

In June, the idea also was included in the Republican Party of Texas platform.

ADVERTISEMENT

The party's priorities for the upcoming Legislative season include "ending all subsidies and public services, including in-state college tuition and enrollment in public schools, for illegal aliens, except for emergency medical care."

——

Associated Press writers Sean Murphy in Oklahoma City and Kimberlee Kruesi in Nashville, Tennessee, contributed to this article. Gecker reported from San Francisco.

——

ADVERTISEMENT



# Migrant children suffered 'severe' sexual abuse under housing provider's care, DOJ says

**Nation**    Updated on Jul 18, 2024 7:06 PM EST — Published on Jul 18, 2024 4:42 PM EST

*Correction: After publishing, the Associated Press corrected this story to reflect that the HHS numbers are for all children in migrant shelters, not Southwest Key specifically.*

AUSTIN, Texas (AP) — Employees of the largest housing provider for unaccompanied migrant children in the U.S. repeatedly sexually abused and harassed children in their care for at least eight years, the Justice Department said Thursday, alleging a shocking litany of offenses that took place as the company amassed billions of dollars in government contracts.

Southwest Key Programs Inc. employees, including supervisors, raped, touched or solicited sex and nude images of children beginning in 2015 and possibly earlier, the Justice Department said in a lawsuit filed this week. At least two employees have been charged since 2020.

**WATCH: Troubling video sparks more questions about treatment of migrant children in shelters**

The nonprofit organization is the largest provider of housing for unaccompanied migrant children, operating under grants from the U.S. Department of Health and Human Services. It has 29 child migrant shelters — 17 in Texas, 10 in Arizona and two in California — with room for 6,350 children. The company's largest shelter in Brownsville is at a converted Walmart with a capacity for 1,200.

Southwest Key disputed the accuracy of the claims in a written statement late Thursday.

The provider has been a major but somewhat low-profile player in the government's response to the arrival of hundreds of thousands of migrant children traveling alone in recent years and during the separation of thousands of families in 2017 and 2018 under President Donald Trump's administration. The government awarded the provider more than $3 billion in contracts from 2015 to 2023.

The Border Patrol must transfer custody of unaccompanied children within 72 hours of arrest to Health and Human Services, which releases most to parents or close relatives after short stays at Southwest Key or shelters operated by other contracted providers.

Health and Human Services reported 6,228 children at all of its facilities on June 17, according to the most recent data on its website, which does not break numbers down by shelter or provider. The department declined to say how many children are currently in Southwest Key's care or if the agency continues to assign children to its facilities.

The lawsuit, filed Wednesday in Austin, where Southwest Key is based, provides extensive details, saying authorities received more than 100 reports of sexual abuse or harassment at the provider's shelters since 2015.

Among the suit's allegations: An employee "repeatedly sexually abused" three girls ages 5, 8 and 11 at the Casa Franklin shelter in El Paso, Texas. The 8-year-old told investigators that the worker "repeatedly entered their bedrooms in the middle of the night to touch their 'private area,' and he threatened to kill their families if they disclosed the abuse."

The suit also alleges that an employee of the provider's shelter in Tucson, Arizona, took an 11-year-old boy to a hotel and paid him to perform sexual acts for several days in 2020.

Children were threatened with violence against themselves or family if they reported abuse, according to the lawsuit. It added that testimony from the victims revealed staff in some instances knew about the ongoing abuse and failed to report it or concealed it.

Health and Human Services Secretary Xavier Becerra said Thursday that the complaint "raises serious pattern or practice concerns" about Southwest Key. "HHS has a zero-tolerance policy for all forms of sexual abuse, sexual harassment, inappropriate sexual behavior, and discrimination," he said in a statement.

Southwest spokesperson Anais Biera Miraclea said Thursday that the provider is still reviewing the complaint, which she said "does not present the accurate picture of the care and commitment our employees provide to the youth and children."

Texas, like Florida, revoked licenses of facilities that house migrant children in 2021 in response to an extraordinary influx of people across its border from Mexico, creating what some critics said was an oversight void.

The lawsuit comes less than three weeks after a federal judge granted the Justice Department's request to lift special court oversight of HHS' care of unaccompanied migrant children. President Joe Biden's administration argued that new federal safeguards rendered special oversight unnecessary 27 years after it began.

Special court oversight remains in place at the Department of Homeland Security, which includes the Border Patrol.

Leecia Welch, an attorney for unaccompanied children in the case for court oversight, said the allegations against Southwest Key are "absolutely disgusting" and blamed Texas' revocation of licenses for "a powder keg waiting to explode."

"While I applaud the efforts to right the grievous wrongs these children have experienced, I hope the federal government will also take some responsibility for the role it played," said Welch, deputy legal director of Children's Rights.

Neha Desai, another attorney involved in court oversight, called the allegations "profoundly disturbing and shocking."

"I hope that the government takes the most aggressive measures possible to ensure that children currently placed at Southwest Key facilities are not in harm's way," said Desai, senior director for immigration at the National Center for Youth Law.

The Associated Press left email messages Thursday with the offices of Texas Gov. Greg Abbott and the attorneys general of Arizona and California.

Southwest grew as unaccompanied children began crossing the border in large numbers in 2014, overwhelming U.S. authorities.

The company has found itself in the middle of controversies over immigration and has steadfastly maintained that its mission was to provide quality care for children. It names its facilities "casas," Spanish for home.

"A typical day for children in a Southwest Key Casa includes breakfast, school, lunch, dinner, homework, snacks, and bedtime," the Justice Department said in its complaint.

*Gonzalez reported from McAllen, Texas. Associated Press reporter Elliot Spagat in San Diego contributed to this report.*

*By* — **Paul Weber, Associated Press**

*By* — **Valerie Gonzalez, Associated Press**





News · News Releases



07.09.2024

## Grassley Highlights Exploitation And Abuse Of Migrant Children During Senate Roundtable

Panelists blew the whistle on HHS' failure to protect children

**WASHINGTON** – Sen. Chuck Grassley (R-Iowa), a senior member and former chairman of the Senate Judiciary Committee, along with Sens. Bill Cassidy (R-La.) and Ron Johnson (R-Wis.), co-hosted a roundtable examining the abuse of unaccompanied migrant children and the failures of the Department of Health and Human Services (HHS)'s Unaccompanied Children (UC) program. The Biden administration's HHS UC program has allowed thousands of migrant kids to be lost or handed over to potential traffickers and criminals. Grassley is leading a bipartisan group of more than 40 Senate colleagues on a *Congressional Review Act* (CRA) resolution disapproving the harmful Biden Administration UC program rule.



The Exploitation Crisis: How the US Gov't Fails to Protect Migrant Children from Trafficking & Abuse

VIDEO

*View Grassley's opening statement HERE and questions to panelists HERE.*

**Roundtable Panelists**
Tara Lee Rodas, HHS Whistleblower
Deborah White, HHS Whistleblower
Dr. Jarrod Sadulski, Associate Professor of Security and Global Studies at the American Military University
Shevaun Harris, Secretary of the Florida Department of Children and Families

One panelist addressed HHS' retaliation for blowing the whistle on the placement of children to a household affiliated with the violent MS-13 gang. The whistleblowers also shone a light on HHS' failure to equip UC program employees with training to spot signs of potential trafficking and discussed barriers to alerting law enforcement of abuse in the program.

**Background**

TRENDING:   LIVE UPDATES: ELECTION DAY   TRUMP VS. HARRIS   SPONSORED:

CONGRESSIONAL RACES   IOWA POLL   CONTENT FROM IEEE PES

CONTENT FROM VSP

JUST IN

**Nicolle Wallace on Vance calling Harris 'trash': 'You just effed up'**

CAMPAIGN | 1 MINUTE AGO

**Nigel Farage urges Trump to accept defeat if he loses and 'go play golf'**

CAMPAIGN | 3 MINUTES AGO

**Election Day 2024 live updates: Harris, Trump race deadlocked**

LATINO

# Democrats file bill to streamline green cards for at-risk youth

BY RAFAEL BERNAL · 06/22/23 11:00 AM ET

  

 

*Rep. Jimmy Gomez (D-Calif.) arrives for a press*

**as voters head to polls**

CAMPAIGN | 18 MINUTES AGO

OPINION **Don't let Trump drag America 'back to before'**

CAMPAIGN | 18 MINUTES AGO

**Meta extends political ad ban until post-Election Day**

TECHNOLOGY | 34 MINUTES AGO

**Bar association presidents warn lawyers against frivolous election lawsuits**

CAMPAIGN | 40 MINUTES AGO

OPINION **Whether Harris or Trump wins, Americans must unite to confront the enemies abroad**

CAMPAIGN | 48 MINUTES AGO

**North Korean troops in Russia shelled by**

*conference on Tuesday, May 23, 2023 to introduce a social security bill with Rep. John Larson (D-Conn.)*

A group of Democrats introduced a bill Thursday to simplify immigration procedures for foreign-born minors who have been abandoned, abused or neglected.

The bill, led by Reps. Jimmy Gomez (D-Calif.), Zoe Lofgren (D-Calif.) and Adriano Espaillat (D-N.Y.), would exempt children in Special Immigrant Juvenile Status (SIJS) from country caps or quotas that can delay their immigration proceedings.

ADVERTISEMENT

"As a new father and the son of immigrants, I refuse to sit idly by as immigrant children and teens who have been abandoned, abused, or neglected are left vulnerable to homelessness, wage theft, trafficking, and deportation because of an administrative backlog," said Gomez.

## Most Popular

1  **Pundit predictions for 2024 elections: Who will win?**

2  **Election Day 2024 live updates: Harris, Trump race deadlocked as**

3  **Harris takes razor-thin lead in final Nate Silver forecast**

4  **Iowa Poll's independent women rattle Trump supporters**

5  **Judges deny requests to block DOJ from monitoring polls**

**Ukrainians: Official**

DEFENSE | 51 MINUTES AGO

VIEW ALL

Any children who are accepted into SIJS status are automatically eligible to apply for permanent residency, also known as a green card, but backlogs have gummed up that process since 2016.

The bill would essentially return the SIJS program to its pre-2016 status, allowing the Department of Homeland Security to extend SIJS and green cards more or less in tandem for vulnerable children of all nationalities.

According to the Immigrant Legal Resource Center, SIJS minors from El Salvador, Guatemala and Honduras first began to see green card backlogs in spring 2016, and by that summer, "visas also ran out for children from Mexico and India."

Those backlogs are due to a limit on how many immigrants can currently receive a green card through SIJS and on what percentage of visas can be allocated to nationals of any one country.

"Placing vulnerable immigrant youth in employment-based visa backlogs and subjecting them to arbitrary per-country caps makes no sense," said Lofgren.

ADVERTISEMENT

Load more

Eligibility for SIJS is limited to minors "who have been subject to state juvenile court proceedings related to abuse, neglect, abandonment, or a similar basis under state law," according to DHS.

For eligibility, minors must meet three criteria: be declared a dependent of the court, be eligible for foster care, and have the court determine it's not in the minor's best interest to return to their home country.

According to the SIJS Backlog Coalition, children from Mexico, El Salvador, Honduras and Guatemala can be forced to wait two to five years after receiving SIJS to get their green card.

CONTENT CONTINUES BELOW SURVEY

News        Elections        Policy        Health        Opi

## What Do You Think?   ⚑   ⋮

**Do you typically read any email newsletters in the morning to start your day?** 🖼

○ Yes, every day

○ Yes, most days

○ Sometimes I do

○ No, I never do

○ Other / Does not apply

\* By clicking "NEXT" I submit my answers and consent to the use of cookies for research and advertising purposes; I have read and agree to the CivicScience Privacy Policy and Terms of Service

"It is unconscionable and completely avoidable that children who have already been granted SIJS are trapped in a years-long limbo that endangers their lives, all because SIJS was miscategorized in the visa system. It makes no sense for these children to be competing for visas with immigrants seeking employment-based status," said Rachel Davidson, director of the End SIJS Backlog Coalition.

In 2022, United States Citizenship and Immigration Services (USCIS) updated the program's regulations and announced a case-by-case deferral program for SIJS youth who were wait-

listed for a green card, meaning some applicants could be issued temporary papers if their applications were delayed by backlogs.

And this year, the State Department changed the way it interprets country quotas regarding Central American countries, raising the possibility that some SIJS nationals of those countries could avoid being caught up in those caps.

ADVERTISEMENT

Yet the process to pair SIJS and green cards remains convoluted.

According to a 2021 report published by the American Bar Association, the added hurdles have signified a departure from the "protective purpose" of SIJS.

That need for protection is necessary, according to the ABA post, both from dangers in the minors' countries of birth and from immigration

enforcement in the United States.

ADVERTISEMENT

In one case described by the ABA, an SIJS applicant was repatriated to Guatemala in 2019 despite having received a court injunction prohibiting his removal from the United States a year prior and was subjected to gang violence in Guatemala.

The minor was able to return to the United States through further court action and was granted SIJS but waitlisted for a green card due to the caps — lawyers for the minor were forced to file a habeas corpus lawsuit to prevent a second deportation.

"Despite the government's approval for humanitarian relief, [Immigration and Customs Enforcement] argued they could deport [the minor] yet again because although he was eligible to obtain a green card, there was not a green card immediately available for

him, and he would need to wait a while," wrote Dalia Castillo-Granados, director of the Children's Immigration Law Academy, a project of the American Bar Association's Commission on Immigration.

ADVERTISEMENT

The SIJS House bill has a companion bill in the Senate introduced by Sen. Catherine Cortez Masto last week.

"As public servants and public policymakers, we have no more core responsibility and duty than to protect the most vulnerable among us," said Espaillat.

"We must protect our immigrant youth, who are disproportionately susceptible to economic and security concerns, including a lack of accessible child care, targeted crime, and increasing rates of poverty," he added.

**TAGS** **ADRIANO ESPAILLAT** ADRIANO ESPAILLAT DHS **IMMIGRATION** **JIMMY GOMEZ** JIMMY GOMEZ **ZOE LOFGREN**