# Exhibit 2

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO  64064-8010



**Control Number: COW2024008128**

November 5, 2024

Laila Hlass
6329 Freret St.
New Orleans, LA 70118

Dear Laila Hlass:

We received your request for information on November 5, 2024. Your request asked for:

"The first search query we ask the Data Analysis and Reporting Branch of the Office of Performance and Quality to pull is for all SIJS applications from fiscal years 2010 through present day, which from past research we believe the query is "Parameters: Form Number = I360; Class Preference = C; DATEIN between 1-OCT-10 AND 5-NOV-24; STATS <> 13," for fiscal years 2010 – 2025. (Although we have listed the date of the filing, we request that that the end date be the date that the information is pulled and provided to us.) We would like this is an excel spreadsheet. The fields we ask for include:  · ID · Fiscal Year of Adjudication · Status (and Status Description) of application · Status Date · Receipt Date · Whether RFE and/or NOID was issued o Date of RFE/NOID issued o Basis or description for RFE/NOID o Date of decision on RFE/NOID · Date of Last Arrival · Office where adjudicated · Location Where Processed · Gender of Beneficiary  · Country of Origin of Beneficiary · Date of Birth of Beneficiary · State of Residence of Beneficiary (at time of filing and most current status) · City of Residence of Beneficiary (at time of filing and most current status) · Zip code of Beneficiary's Residence (at time of filing and most current status) · Marital Status of Beneficiary  · Whether they have children and the number of children · Full Action History for each Petition (and Description of Actions) · Whether the petitioner is represented  o If so, Name of the representative  o Name of the organization representing  o Whether this was a non-attorney representative or attorney  · Whether the preparer was an attorney/accredited representative or not · Whether the petitioner is in removal proceedings  · Whether the petitioner is currently under the jurisdiction of the juvenile court that made the placement or custody determination · The name of the state agency, department, or court-appointed organization or individual/entity to which the juvenile was placed · Whether the state court findings made the determination based on one or both parents,  · Whether the state court findings were made based on abuse, neglect, abandonment or a similar basis · Whether the petitioner is currently or was previously in custody of HHS o For those who were in HHS custody, whether the juvenile court determined or altered custody status.  The second search query we ask the Data Analysis and Reporting Branch of the Office of Performance and Quality to pull is for all Form I-485's based on SIJS petitions, including the following fields, from fiscal year 2014– 2025. We would like this is an excel spreadsheet: · ID · Fiscal Year of Adjudication · Office where adjudicated · Location where processed · Status and Status Description of application (including whether and when it has been administratively closed and re-opened) · Last Status Update · Receipt Date · Whether RFE and/or NOID was issued o Date of RFE/NOID issued o Basis or description for RFE/NOID  o Date of decision on RFE/NOID · Priority Date from Underlying I-360 Petition  · Country of origin · Date of birth · Gender · Whether they are currently or were previously in removal proceedings o Whether they were ever issued a final order of exclusion, deportation or removal o Whether they ever had an order of exclusion, deportation or removal reinstated  o Whether they were ever granted voluntary departure but failed to depart within that time o Whether they ever applied for any kind of relief from removal, exclusion or deportation  · State of residence (at time of filing and most current

COW2024008128
Page 2

status) · City of residence (at time of filing and most current status) · Zip code of the Beneficiary's Residence (at time of filing and most current status) · Occupation (question 13 of Part 3.) · Ethnicity and Race (questions 1. and 2. of Part 7) · Highest Degree or Level of School (Question 66 Part 8) · Full Action History for each application (and description of actions) · Whether the applicant was interviewed as part of the I-485 adjudication o If so, the location of the interview · Whether the applicant is represented  o If so, Name of the representative  o Name of the organization representing  oWhether this was a non-attorney representative or attorney."

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2024008128. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the simple track (Track 1).

Based on the information you provided, we have determined that expedited processing of your request is not warranted. The Department of Homeland Security Freedom of Information Act regulation at 6 C.F.R. § 5.5(e)(1) requires that you demonstrate that your request warrants expedited treatment because it involves:

> (i) Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual;
> (ii) An urgency to inform the public about an actual or alleged federal government activity, if made by a person who is primarily engaged in disseminating information;
> (iii) The loss of substantial due process rights; or
> (iv) A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.

Additionally, 6 C.F.R. § 5.5(e)(3) requires that a requester who seeks expedited processing must submit a statement, certified to be true and correct, explaining in detail the basis for making the request for expedited processing. Furthermore, requests for expedited processing that are based on paragraph (e)(1)(iv) of this section must be submitted to the Senior Director of FOIA Operations, the Privacy Office, U.S. Department of Homeland Security, 245 Murray Lane SW STOP-0655, Washington, D.C. 20598-0655. If you can demonstrate any further showing as to the nature and degree of (i), (ii), or (iii) of the above categories, please submit this additional information to this office for reconsideration.

You have the right to file an administrative appeal within 90 days of the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact

COW2024008128
Page 3

the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

COW2024008128
Page 4

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

James A Baxley
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit