UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS GUILD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Civil Action No. 25-0602 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 5, 2026, Minute Order, Plaintiffs National Immigration Project of the National Lawyers Guild and Laila L. Hlass and Defendants United States Citizenship and Immigration Services and Department of Homeland Security, by and through undersigned counsel, submit this joint status report. This case involves Plaintiffs' Freedom of Information Act request for records.

The parties continue to work toward settlement. As part of the negotiations, Defendants have made an offer to unredact certain information that may be provided in an anonymized data set as part of a settlement. Plaintiffs have asked for one additional category of information to be unredacted, and further inquired about unredacting roughly ten other data fields that are partially redacted. Defendants are preparing a response.

Dated: February 4, 2026               Respectfully submitted,

                                      JEANINE FERRIS PIRRO
                                      United States Attorney

                        By: */s/ Brian J. Levy*
                             BRIAN J. LEVY
                             Assistant United States Attorney
                             601 D Street, N.W.
                             Washington, DC 20530
                             (202) 252-6734
                             Brian.Levy2@usdoj.gov

                        *Attorneys for the United States of America*

By:    */s/ Jonathan D. Lamberti*
        James H. Weingarten (DC Bar No. 985070)
        Milbank LLP
        1850 K Street, NW, Suite 1100
        Washington D.C. 20006
        Tel: (202) 835-7525
        Fax: (202) 835-7593
        jweingarten@milbank.com

        Jonathan D. Lamberti
        Milbank LLP
        55 Hudson Yards
        New York, NY 10001
        (212) 530-5748
        Jlamberti@milbank.com

        *Attorneys for Plaintiff*